# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2014

148820

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
         Plaintiff-Appellee,

v

TREVIS CHRISTOPHER JOHNSON,
         Defendant-Appellant.

SC: 148820
COA: 318831
Muskegon CC: 11-061339-FH

_____/

On order of the Court, the application for leave to appeal the January 15, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2014



Clerk

p0922